**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA

vs.                           NO. 4:00CR00228-001 SWW

ELIJAH LANCASTER, JR.


<u>**ORDER**</u>

The above entitled cause came on for hearing on petition to revoke the supervised release previously granted this defendant in the United States District Court for the Eastern District of Arkansas.  Upon the basis of admissions by defendant, the Court found that defendant has violated the conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the government's motion is granted, and the supervised release previously granted this defendant, be, and it hereby is, revoked.

IT IS FURTHER ORDERED that defendant shall serve a term of imprisonment of EIGHT (8) MONTHS in the custody of the Bureau of Prisons. The Court recommends that defendant be incarcerated in the facility located in Seagoville, Texas.

Upon release from imprisonment, defendant shall serve a term of supervised release of TWELVE (12) MONTHS.  A special condition is imposed requiring that defendant spend EIGHT (8) MONTHS in a half-way house.

Defendant shall also remain subject to all other terms and conditions of supervised release as previously imposed in this matter, including supporting his children. In addition, defendant shall cooperate in the collection of DNA as directed by the U. S. Probation Office.

Execution of the sentence of imprisonment is suspended until **Monday, August 20, 2007, no later than 12:00 noon**, at which time defendant shall report to the designated facility or to the office of the United States Marshal in Little Rock.   Defendant is eligible to self-report to the designated facility.

The defendant shall remain on the same conditions of release until the reporting date.

IT IS SO ORDERED this 1st day of June, 2007.


/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE